MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
BRETT M. COOMBS, ESQ.
Nevada Bar No. 12570
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: brett.coombs@akerman.com

*Attorneys for Plaintiff and Counter-Defendant Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing LP*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>vs.<br><br>THE WILLOWS HOMEOWNERS' ASSOCIATION AKA THE WILLOWS HOA; PREMIER ONE HOLDINGS, INC.; WEISUN PROPERTY, INC.; and ABSOLUTE COLLECTION SERVICES, LLC,<br><br>Defendants. | Case No.:   2:16-cv-00347-GMN-CWH<br><br>**NOTICE OF DISASSOCIATION OF COUNSEL** |
| PREMIER ONE HOLDINGS, INC.; WEISUN PROPERTY, INC.,<br><br>Counterclaimants,<br><br>vs.<br><br>BANK OF AMERICA, N.A., successor by merger to BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS,<br><br>Counter-defendant. | |

{39375548;1}

Plaintiff and counter-defendant Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP, formerly known as Countrywide Home Loans Servicing, LP (**BANA**), by and through its counsel of record, Akerman LLP, hereby provide notice that Donna M. Wittig, Esq. is no longer associated with the firm of AKERMAN LLP. BANA requests that Ms. Wittig be removed from the Court's CM/ECF service list.

AKERMAN LLP will continue to represent BANA and requests that Melanie D. Morgan and Brett M. Coombs, Esq. receive all future notices.

Respectfully submitted, this 14th day of September, 2016.

**AKERMAN LLP**

/s/ *Brett M. Coombs*

Melanie D. Morgan, Esq.
Nevada Bar No. 8215
Brett M. Coombs, Esq.
Nevada Bar No. 12570
1160 Town Center Drive, Suite 330
Las Vegas, Nevada  89144
*Attorneys for Plaintiff and Counter-Defendant Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing LP*

**COURT APPROVAL**

IT IS SO ORDERED.
Date: September 15, 2016

_____
UNITED STATES MAGISTRATE JUDGE

{39375548;1}

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 14th day of September, 2016, and pursuant to FRCP 5, I served via CM/ECF and/or deposited for mailing in the U.S. Mail a true and correct copy of the foregoing **NOTICE OF DISASSOCIATION OF COUNSEL**, postage prepaid and addressed to::

Edward D Boyack
BOYACK ORME & TAYLOR
401 N. Buffalo Drive, Suite 202
Las Vegas, Nevada  89145
Email:  ted@boyacklaw.com

*Attorneys for The Willows Homeowners' Association*

Joseph Y Hong
HONG & HONG
10781 West Twain Avenue
Las Vegas, Nevada  89135
Email:  yosuphonglaw@gmail.com

*Attorneys for Premier One Holdings, Inc.*

Shane D. Cox
ABSOLUTE COLLECTION SERVICES, LLC
8440 W. Lake Mead Boulevard, Suite 210
Las Vegas, Nevada  89128
Email:  shane@absolute-collection.com

*Attorneys for Absolute Collection Services, LLC*

　　　　　　　　　　　　　　　　　　　　　　*/s/ Josephine Washenko*
　　　　　　　　　　　　　　　　　　　　　　An employee of AKERMAN LLP

{39375548;1}                                              3