DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
HOLLY E. WALKER, ESQ.
Nevada Bar No. 14295
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:  (702) 634-5000
Facsimile:   (702) 380-8572
Email:  darren.brenner@akerman.com
Email:  holly.walker@akerman.com

*Attorneys for plaintiff and counter-defendant Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing LP*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>                    Plaintiff,<br>vs.<br><br>THE WILLOWS HOMEOWNERS' ASSOCIATION AKA THE WILLOWS HOA; PREMIER ONE HOLDINGS, INC.; WEISUN PROPERTY, INC.; and ABSOLUTE COLLECTION SERVICES, LLC,<br><br>                    Defendants. | Case No.:   2:16-cv-00347-GMN-DJA<br><br>**STIPULATION AND ORDER DISMISSING CLAIMS AGAINST THE WILLOWS HOMEOWNERS' ASSOCIATION** |
| PREMIER ONE HOLDINGS, INC.; WEISUN PROPERTY, INC.,<br><br>                    Counterclaimants,<br>vs.<br><br>BANK OF AMERICA, N.A., successor by merger to BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS,<br><br>                    Counter-defendant. | |

///

1

52177371;1

Plaintiff and counter-defendant Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, LP (**BANA**) and defendant The Willows Homeowners' Association stipulate as follows:

1. This matter relates to real property located at 785 Crest Valley Place, Henderson, Nevada 89011, APN 178-03-513-055 (the **property**).

2. BANA is the beneficiary of record of a deed of trust recorded against the property with the Clark County Recorder on August 28, 2008, as Instrument No. 20080828-0000181 (the **deed of trust**), executed by Michael A. Britain, Barbara J. Britain and Tracy L. Baker.

3. On September 23, 2013, the Willows recorded a trustee's deed upon sale with the Clark County Recorder, as Instrument No. 201309230001926 (the **HOA foreclosure deed**), reflecting that defendant Premier One Holdings, Inc. acquired the property at a foreclosure sale of the property held on September 17, 2013 (the **HOA foreclosure sale**).

4. On February 19, 2016, BANA initiated a quiet title action related to the property in the United States District Court for the District of Nevada, Case No. 2:16-cv-00347-GMN-DJA (the **quiet title action**).

5. BANA and the Willows have entered into a confidential settlement agreement in which they have settled all claims between them in this case.

6. Among other things in the settlement agreement, the Willows agrees it no longer has an interest in the property for purposes of the quiet title action *vis a vis* the deed of trust. This disclaimer of interest does not apply to the continuing encumbrance of the Willows' declaration of covenants, conditions and restrictions, any governing documents adopted thereunder, easements, servitudes, or other interests on the property. The Willows agrees it will take no position in this action or in any subsequent action regarding whether the deed of trust survived the HOA foreclosure sale. The parties agree that as between BANA and the Willows, the deed of trust was not extinguished by the HOA foreclosure sale.

7. Among other things in the agreement, BANA and the Willows agree that BANA does not waive its right to seek relief against the non-settling parties, including but not limited to Premier, defendant Weisun Property, Inc. or defendant Absolute Collection Services, LLC related to its

remaining claims in the quiet title action.  BANA does not admit the deed of trust was extinguished, and any consideration exchanged in exchange for the dismissal of the claims against the Willows is not intended to be compensation for any loss of the deed of trust, but instead compensates for fees and costs BANA incurred litigating the propriety and effect of the Willows' sale and related conduct.

8. BANA and the Willows further stipulate and agree all claims between them are dismissed with prejudice, with each party to bear its own attorney's fees and costs.

DATED:  April 28, 2020.

| **AKERMAN LLP** | **BOYACK ORME & ANTHONY** |
|---|---|
| */s/ Holly E. Walker, Esq.* | */s/ Christopher B. Anthony, Esq.* |
| DARREN T. BRENNER, ESQ. | EDWARD D. BOYACK, ESQ. |
| Nevada Bar No. 8386 | Nevada Bar No. 5229 |
| HOLLY E. WALKER, ESQ. | CHRISTOPHER B. ANTHONY, ESQ. |
| Nevada Bar No. 14295 | Nevada Bar No. 9748 |
| 1635 Village Center Circle, Suite 200 | 7432 W. Sahara Avenue, Suite 101 |
| Las Vegas, Nevada 89134 | Las Vegas, Nevada 89117 |
| *Attorneys for plaintiff and counter-defendant Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, LP* | *Attorneys for defendant the Willows Homeowners' Association* |

**IT IS SO ORDERED.**

_____
**Gloria M. Navarro, District Judge**
**UNITED STATES DISTRICT COURT**
Case No.:    2:16-cv-00347-GMN-DJA

DATED this   30   day of April, 2020.